# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00253-CV

**Laurie Roberts, Appellant**

**v.**

**John Edward Roberts, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-00-1269-F, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Laurie Roberts has informed the Court that she no longer wishes to pursue her appeal because the appeal is moot, and she has filed a motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed:  November 22, 2006